**Order entered May 30, 2014**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00606-CV

### IN RE BRYAN ROWES, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-18237**

## ORDER

Based on the court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     DAVID L. BRIDGES
JUSTICE